In the Matter of DOUGLAS A. LEVIEN, an Attorney, Appellant.

THE ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Respondent.

*Matter of Levien*, 165 App. Div. 883, appeal dismissed.
(Argued January 8, 1917; decided January 16, 1917.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 3, 1915, disbarring the appellant herein from practice as an attorney and counselor at law.

The motion was made upon the ground of failure to file the required undertaking and return.

*Einar Chrystie* for motion.

No one opposed.

Motion granted and appeal dismissed.